UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRUG MART PHARMACY CORP., et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS, CORP., et al.<br><br>Defendants. | No. 93 CIV 5148 (ILG) (SMG) |

## STIPULATION AND ORDER OF DISMISSAL

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and this Court's Order of October 2, 2015, the actions and all claims brought by all Plaintiffs in the above-captioned litigation and in all actions listed in Exhibit A to this Stipulation and Order are hereby dismissed with prejudice, with all parties to bear their own costs.

STIPULATED AND AGREED TO:

/s/ Nicholas A. Gravante, Jr.  
Nicholas A. Gravante, Jr., Esq.  
Boies Schiller & Flexner LLP  
570 Lexington Avenue  
New York, NY 10022  
(212) 446-2350  

*Attorneys for Plaintiffs*

 /s/ William F. Cavanaugh, Jr.  
William F. Cavanaugh, Jr., Esq.  
Patterson, Belknap, Webb & Tyler LLP  
1133 Avenue of the Americas  
New York, NY  10036  
(212) 336-2000  

*Attorneys for Johnson & Johnson*

 /s/ Michael Sennett
Michael Sennett, Esq.
Jones Day
77 West Wacker Drive
Chicago, IL 60601
(312) 782-3939

*Attorneys for Caremark, LLC, Express Pharmacy Services of PA, LLC, Caremark Rx, Inc. and Caremark Inc. (now both a part of Caremark, LLC), and Thrift Drug, Inc. (now a part of Express Pharmacies of PA, LLC)*

Dated:                                              So Ordered:

_____                    _____